# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER; MONTANA RIVERS; and GALLATIN WILDLIFE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>RON EDWARDS, in his official capacity as Manager of the Big Sky Water and Sewer District; and BIG SKY WATER AND SEWER DISTRICT,<br><br>Defendants. | CV 20-28-BU-BMM<br><br>**ORDER** |

Defendants have moved for an order allowing Jonathan W. Rauchway, Esq., to appear *pro hac vice* in this case with Jacquelin R. Papez of Doney Crowley, P.C., designated as local counsel. Mr. Rauchway's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Defendants' motion to allow Mr. Rauchway to appear on their behalf (Doc. 3) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by

L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel with Mr. Rauchway;

2.  Mr. Rauchway must do his own work.  He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.  Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4.  Admission is personal to Mr. Rauchway.

IT IS FURTHER ORDERED that:

Mr. Rauchway shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 14th day of September, 2020.

_____
Brian Morris, Chief District Judge
United State District Court