IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER; MONTANA RIVERS; and GALLATIN WILDLIFE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>RON EDWARDS, in his official Capacity as Manager of the Big Sky Water and Sewer District; and BIG SKY WATER AND SEWER DISTRICT,<br><br>Defendants. | CV-20-28-BU-BMM<br><br>**ORDER** |

Defendants have moved for an order allowing Mave A. Gasaway, Esq., to appear *pro hac vice* in this case with Jacqueline R. Papez, Esq., designated as local counsel. The application of Ms. Gasaway appears to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendants' motion to allow Ms. Gasaway to appear on its behalf (Doc. 41) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Ms. Gasaway must do her own work. She must do her own writing, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4. Admission is personal to Ms. Gasaway not the law firm she works for.

**IT IS FURTHER ORDERED**:

Ms. Gasaway must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 3rd day of June, 2021.

_____
Brian Morris, Chief District Judge
United States District Court