# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER, MONTANA RIVERS, and GALLATIN WILDLIFE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>RON EDWARDS, in his official capacity as Manager of the Big Sky Water and Sewer District; and BIG SKY WATER AND SEWER DISTRICT,<br><br>Defendants. | **2:20-cv-00028-BU-BMM**<br><br>**ORDER** |

A telephonic status conference was held on September 27, 2021. (Doc. 69.) John Meyer appeared on behalf of the Plaintiffs. Jacqueline Papez and Jonathan Rauchway appeared on behalf of the defendants. After discussion by the Court and the parties, the following schedule shall apply:

Cross motions summary judgments and supporting briefs are due on or before October 29, 2021; response briefs are due on or before November 12, 2021. The undersigned will conduct a motion hearing on November 17, 2021 at 1:30 p.m. at the Mike Mansfield Federal Courthouse, Butte, Montana.

Dated the 27th day of September, 2021.

_____
Brian Morris, Chief District Judge
United States District Court