# Exhibit 3

# Excerpts from Deposition of Chris Allen, dated September 21, 2021

```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MONTANA
                         BUTTE DIVISION
  _____

  COTTONWOOD ENVIRONMENTAL       Case No.: 2:18-CV-00028-BMM
  LAW CENTER, et al.

           Plaintiffs,
  vs.

  RON EDWARDS, in his official

  capacity as manager of the Big Sky

  Water and Sewer District, et al.

           Defendants.
  _____

              VIDEOCONFERENCE VIDEO-RECORDED DEPOSITION OF

                           CHRIS ALLEN

                           Taken at:

                    Nordhagen Court Reporting

                       1734 Harrison Avenue

                         Butte, Montana

                       September 21, 2021

                           10:01 a.m.
```

Page 1

```
 1     APPEARANCES OF COUNSEL (by videoconference):
 2
 3  FOR THE PLAINTIFFS:
 4      JOHN MEYER
 5      Attorney at Law
 6      COTTONWOOD ENVIRONMENTAL LAW CENTER
 7      P.O. Box 412
 8      Bozeman, MT  59771
 9      john@cottonwoodlaw.org
10
11  FOR THE DEFENDANT BIG SKY WATER and SEWER DISTRICT:
12      ANDREA M. BRONSON
13      Attorney at Law
14      DAVIS GRAHAM & STUBBS, LLP
15      1550 17th Street, Suite 500
16      Denver, CO  80202
17      andrea.bronson@dgslaw.com
18
19      CYNTHIA D. BROOKS
20      Attorney at Law
21      DONEY CROWLEY PC
22      P.O. Box 1185
23      Helena, MT  59601
24      cbrooks@doneylaw.com
25
```

Page 2

```
 1     APPEARANCES OF COUNSEL (by videoconference):
 2
 3  FOR THE DEPONENT:
 4      REID J. PERKINS
 5      Attorney at Law
 6      WORDEN THANE, PC
 7      321 West Broadway, Suite 300
 8      Missoula, MT  59702
 9      rperkins@wordenthane.com
10
11
12
13
14
15
16
17
18
19
20  Also present:
21  Colby Gonzalez, Cottonwood Intern (by videoconference)
22  John Nordhagen, Recording Operator
23
24
25
```

Page 3

```
 1                        I N D E X
 2  Witness:                                    Page:
 3     CHRIS ALLEN
 4         Examination by Mr. Meyer     . . .   7
 5         Examination by Ms. Bronson   . . .  89
 6         Examination by Mr. Meyer     . . .  92
 7
 8                      E X H I B I T S
 9  NO.     PAGE        DESCRIPTION
10   1       18     01/17/20 Upper Gallatin Nutrient
11                     Assessment & Reduction Plan
12   2       45     09/28/15 Resort Area Wastewater
13                     Analysis
14   3       14     09/16/21 Perkins letter
15
```

Page 4

Cottonwood Environmental, et al. vs. Edwards, et al.  Chris Allen
Case 2:20-cv-00028-BMM   Document 84-3   Filed 11/12/21   Page 3 of 4
September 21, 2021

**Page 21**

1  in this case, essentially applied anywhere within the
2  watershed - was found to be -- you know, the municipal
3  wastewater was determined to be the largest source,
4  the mass balance approach or the amount that would
5  make it into the groundwater and into the stream is
6  potentially significantly different.
7      Q.   Do you see the highlighted paragraph here?
8      A.   I do.
9      Q.   I'm trying to understand that paragraph.
10 Can you help me understand that?
11      It says the upgrade to the Big Sky Water and
12 Sewer District treatment plant will reduce the
13 concentration of effluent to less than 5 milligrams
14 per liter nitrogen.  Maybe we can start right there.
15      So if you reduced it by 75 percent to less than
16 5 milligrams, what does that, what does that -- does
17 that imply that the concentration of effluent is
18 currently at somewhere around 20, or so?
19          MS. BRONSON:  Objection; lack of
20 foundation and seeking expert testimony.
21      Q.   (By Mr. Meyer) Mr. Allen, you can answer
22 that.  If you're reading your screen, go ahead and
23 read that from whoever.
24      A.   The assumption that we used for nitrogen
25 concentrations in the irrigation water is available in

**Page 22**

1  the report.
2      Q.   Do you see the next line where it says
3  (quoted as read):
4          "Further load reduction associated with
5  wastewater irrigation, including accumulated nitrogen
6  load in the aquifer, can be achieved by intercepting
7  and mitigating shallow groundwater utilizing wetlands
8  at known point sources (e.g. chapel springs) and
9  general placement along the West Fork riparian
10 corridor"?
11      A.   I see that sentence, yes.
12      Q.   Does that imply that the wastewater
13 irrigation -- the wastewater is being overapplied in
14 the form of irrigation?
15          MS. BRONSON:  Objection, same objection.
16          MR. PERKINS:  Chris, you can answer, if
17 you can.
18          THE WITNESS:  We performed no analysis to
19 estimate the actual irrigation loads and whether or
20 not the methods of irrigation would be increasing or
21 otherwise managing -- or altering nitrogen leaching.
22 So we did not investigate how wastewater is applied to
23 the golf course and whether or not that would cause
24 leaching.
25          We have data to suggest there is a

**Page 23**

1  reservoir of nitrates below the golf course, and based
2  on that existing nitrate, which will slowly be moving
3  through that aquifer, nitrate abatement is an
4  effective means of reducing nitrogen concentrations in
5  the North Fork of the Gallatin River.
6      Q.   (By Mr. Meyer) And in this report, it's
7  stated that the primary abatement -- the largest
8  source of abatement can be upgrade of the water
9  treatment plant; is that correct?
10      A.   In reference to the total load to the
11 watershed.  So this is the amount of nitrogen being
12 applied to the watershed, not specifically making it
13 into surface water or groundwater, but the wastewater
14 treatment upgrade will reduce the mass loading of
15 nitrogen into the watershed to a significant degree.
16      Q.   And does that mass load from the water
17 treatment plant make its way to the surface water?
18      A.   That --
19          MR. PERKINS:  John, just real quick,
20 again, are you asking him what the report says or are
21 you asking him to form a new opinion?
22          MR. MEYER:  I'm asking him what he knows.
23          MR. PERKINS:  And that doesn't answer my
24 question.
25          MR. MEYER:  I'm not asking for an opinion;

**Page 24**

1  I'm asking what he knows.
2          MR. PERKINS:  What he knows can be a fact,
3  it can also be an opinion.  This sounds like you're
4  asking him what his opinion is, to me.  Just because
5  he knows an opinion doesn't mean that it's fair game.
6          Are you asking for his opinion or are you
7  asking him if he factually has witnessed something?
8          MR. MEYER:  I'm asking him what he knows
9  based on what he's learned and seen.
10          MR. PERKINS:  Okay, so you're asking for
11 his opinion.  So I'll object to the extent that you're
12 asking him to form an opinion, it sounds like, that's
13 outside of this report that he did.
14          MR. MEYER:  Okay.
15          MS. BRONSON:  Same objection.
16          MR. PERKINS:  Chris, if it is outside of
17 the report, I would say you don't have to answer the
18 question; if it's within the report, then feel free.
19          MR. MEYER:  Let me stop you right there,
20 Reid.  Are you directing your client not to answer the
21 question?
22          MR. PERKINS:  If you're asking him to form
23 an opinion that is outside of this report, then yes,
24 because you're asking him to become an expert witness
25 on your behalf without having designated him as an

Page 25:

```
 1  expert or hiring him.
 2          If you're asking him what his opinion is
 3  based on this report, then that's fine, I'm okay with
 4  that, but what it sounds to me like you're doing is
 5  saying, "Chris, please form an opinion for me on
 6  something that you haven't yet formed an opinion on."
 7          That is not appropriate hybrid expert
 8  witness testimony.
 9      Q.   (By Mr. Meyer) Mr. Allen, have you formed
10  any opinions at all about the source of nitrogen into
11  the groundwater below the golf course, the Meadow
12  Village Golf Course?
13      A.   My professional opinion is that nitrogen
14  tracking is extremely difficult because it is an
15  incredibly labile component.  It moves from the
16  subsurface very easily.  Subsurface dynamics and
17  movement are notoriously difficult to quantify.  None
18  of those analyses were performed as a part of this
19  report, and so my professional opinion is that I don't
20  have the information I would require to make that
21  opinion.
22          The report outlines potential sources that we
23  were able to say or were able -- that I feel
24  comfortable stating, based on the analysis -- or the
25  data and the analysis in the data that we had
```

Page 26:

```
 1  providing ranges and knowing that most of our analysis
 2  were intentionally high level.  And by "high level," I
 3  mean detailed analysis -- analyses at the level
 4  required to form an opinion on causation were not
 5  performed.
 6          I'm not sure if that answers the question.
 7      Q.   I'm going to have us go down to page 21
 8  here.  I guess I can take us there.  It says:
 9          "In the region, primary anthropogenic
10  sources were found to be application of treated
11  municipal wastewater to three golf courses and
12  discharge from onsite wastewater treatment systems."
13      Do you see that?
14      A.   I see that, yes.
15      Q.   Do you still agree with that statement?
16      A.   I do.  Those are general loads to the
17  aquifer for the entire studied watershed.
18      Q.   And what determines whether nitrogen in
19  the aquifer then moves to surface water?
20          MS. BRONSON:  Objection; seeking expert
21  testimony.
22          MR. PERKINS:  And, John, I'll raise the
23  same objection.  It sounds like you're asking him to
24  form an opinion or give expert testimony beyond what's
25  in this report.
```

Page 27:

```
 1      Q.   (By Mr. Meyer) Mr. Allen, do you know?
 2      A.   I wanted to clarify both of these numbers
 3  are loads to the watershed, not specifically to
 4  groundwater or to surface water.
 5      Q.   What does that mean exactly, "load to
 6  watershed"?
 7      A.   Nitrogen dynamics are relatively
 8  complicated and variable, so the numbers that we could
 9  stand on were essentially the mass load into the
10  watershed.  So that would be actually in the form of
11  -- or in reference to the golf course, that would be
12  the amount of nitrogen sprinkled onto the grass from a
13  septic system.  That would be the amount of nitrogen
14  that exited the septic tank, and then there are a
15  tremendous number of biotic processes that transform
16  that nitrogen as water seeps down through the soil
17  profile or as wastewater goes through the drain field
18  and then into the groundwater.  And there are so many
19  variables there that we could not, given the scope of
20  our desktop analysis, really tease a lot of that
21  apart, and so we focused on load to watershed.
22      Q.   The nitrogen that percolates through the
23  grass, hits the groundwater, it still ends up in the
24  form of nitrogen, according to this report ; is that
25  correct?
```

Page 28:

```
 1      A.   For me, the rub comes in as we have an
 2  extraordinarily difficult time calculating the amount
 3  of nitrogen that moves down through that soil profile
 4  or through --
 5      Q.   Can we -- Chris, excuse me.  There's some
 6  background music.  I'm just hoping we can have you --
 7  can you resay what you just said?
 8      A.   We've got a little "On With the Show,"
 9  which is the name of the song happening in the
10  background.  Would it be wise for me to take a moment
11  and request a pause on the music or can you hear me
12  okay?
13      Q.   I can hear you now.  If you're
14  comfortable -- if you need to take a break, let me
15  know.
16      A.   I'm fine.  It's more of what I could do to
17  eliminate background noise.
18      Q.   Okay.
19      A.   This song and the -- well, can you restate
20  the question for me, please?
21          MR. MEYER:  Can I have the reporter reread
22  the question, please?
23          (The record was read back as follows:
24          "QUESTION:  The nitrogen that percolates
25  through the grass, hits the groundwater, it still ends
```