IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER, et al., <br><br> *Plaintiffs,* <br><br> vs. <br><br> BIG SKY WATER AND SEWER DISTRICT, <br><br> *Defendant.* | Case No. 2:20-cv-00028-BMM <br><br> **SPECIAL VERDICT** |

We, the jury in the above captioned action, find the following Special Verdict on the question submitted to us:

Plaintiffs Cottonwood Environmental Law Center, Montana Rivers, and Gallatin Wildlife Association ("Plaintiffs") claim that Big Sky County Water & Sewer District No. 363 (the "District") violated the Federal Clean Water Act ("CWA") by discharging pollutants into the West Fork of the Gallatin River without a CWA permit. To prove their claim, Plaintiffs must prove, by a preponderance of the evidence, that the District:

(1) discharged (i.e., added)

(2) a pollutant

(3) to navigable waters

(4) from a point source.

Do you find that Plaintiffs proved all of these elements?

Yes _____   No __X__

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous decision. The Jury Foreperson should then sign and date the verdict form in the spaces below and notify the [bailiff][clerk] that you have reached a verdict. The Jury Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Foreperson signature redacted. Original document filed under seal.

Dated: April 26, 2022