UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENT LAW CENTER, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>BIG SKY WATER AND SEWER DISTRICT,<br><br>Defendant. | Case No. CV-20-28-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**X**   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

   IT IS ORDERED AND ADJUDGED that Judgment is entered in accordance with the Special Verdict rendered on April 26, 2022, Document No. 142.

   Dated this 9th day of May, 2022.

                    TYLER P. GILMAN, CLERK

                    By: /s/ Traci Orthman
                    Traci Orthman, Deputy Clerk