IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER; MONTANA RIVERS; and GALLATIN WILDLIFE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>BOYNE RESORTS,<br><br>Defendant. | Case No. 20-28-BU-BMM<br><br>ORDER RESETTING SETTLEMENT CONFERENCE |

Chief United States District Judge Brian Morris has referred this case to the undersigned for the purpose of conducting a settlement conference.

Accordingly, IT IS HEREBY ORDERED:

1. The undersigned will conduct a settlement conference in this matter at **9:00 a.m. on August 2, 2022**, at the Mike Mansfield Federal Courthouse, Butte, Montana. The parties will report to the Clerk of Court's Office for the location of the settlement conference.

    2. It is the responsibility of counsel to ensure that a person with ultimate

settlement authority attends the settlement conference. Such person must participate in the settlement conference in good faith. L.R. 16.5(b)(4)(A). The failure to participate in good faith may result in the imposition of sanctions against the offending party. L.R. 16.5(b)(4)(B).

3. Each party shall submit a confidential settlement statement to the undersigned on or before **12:00 p.m. on July 26, 2022.** The settlement statement should be in letter form and not exceed 10 pages, including attachments. The settlement statement must set forth: 1) a brief factual outline of the case; 2) a brief discussion of any unique legal issues present in the case; 3) a candid discussion of the strengths and weaknesses of your client's position; 4) the history of settlement negotiations; and 5) the name and position of the person(s) who will be attending the settlement conference with ultimate settlement authority. The parties need not repeat matters discussed in their preliminary pretrial statements. The parties shall submit their settlement statements to the undersigned via email addressed to **sara_luoma@mtd.uscourts.gov.**

4. The settlement statements shall remain confidential. The settlement statements will not be exchanged among the parties, and they will not become part of the formal court record. The Court will destroy the settlement statements after the settlement conference.

5. Defendant shall respond to Plaintiffs' settlement demand on or before July 26, 2022.

Judge Morris will address the Motion for Order to Mediate (Doc. 177) by further order.

DATED this 14th day of June, 2022.

John Johnston
United States Magistrate Judge