John Meyer, MT Bar # 11206
Cottonwood Environmental Law Center
P.O. Box 412
Bozeman, MT 59771
(406) 546-0149
john@cottonwoodlaw.org

Holly Seymour, MT Bar # 68806585
2203 Greenough Ct W
Missoula, MT 59802
(406) 223-6837
holly.seymour7@gmail.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA - BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER; MONTANA RIVERS; and GALLATIN WILDLIFE ASSOCIATION, *Plaintiffs,* vs. BIG SKY WATER AND SEWER DISTRICT; BOYNE USA, INC., *Defendants.* | Case No. 2:20-cv-00028-BMM **NOTICE** |

On July 15, 2022, Plaintiffs Cottonwood Environmental Law Center, Montana Rivers, and Gallatin Wildlife Association filed a Notice of Supplemental Authority for purposes of the pending Motion for a New Trial and Motion for the Insurance Representative to Appear at Mediation Remotely. Docs. 172 & 188. Plaintiffs have since learned that the supplemental authority—a recent report by the Montana Bureau of Mining and Geology—does not show a plume of pollution or indicate the amount of pollution the unsewered subdivision may contribute to the discharge pipes on the golf course or below the leaking sewage ponds. Doc. 193.

Respectfully submitted this 25th day of July, 2022.

/s/ John Meyer
JOHN MEYER

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on July 25, 2022, I served the foregoing brief via CM/ECF on counsel for defendants listed below:

Jacqueline R. Papez
Cynthia D. Brooks
DONEY CROWLEY P.C.
P.O. Box 1185
50 South Last Chance Gulch, 3rd Floor
Helena, MT 59601
Telephone: (406) 443-2211
Facsimile: (406) 449-8443
jpapez@doneylaw.com
cbrooks@doneylaw.com

Jonathan W. Rauchway (Admitted Pro Hac Vice)
Andrea Bronson (Amitted Pro Hac Vice)
Mave Gasaway (Admitted Pro Hac Vice)
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: (303) 892-9400
Facsimile: (303) 893-1379
jon.rauchway@dgslaw.com
Mave.Gasaway@dgslaw.com

Attorneys for Defendant Big Sky Water & Sewer District


Ian McIntosh
Neil Westesen
Joe Noreña
CROWLEY FLECK, PLLP
1915 South 19th Avenue
P.O. Box 10969
Bozeman, MT 59719
Telephone: (406) 556-1430
imcintosh@crowleyfleck.com
nwestesen@crowleyfleck.com

Attorneys for Defendant Boyne USA, Inc.