IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER; MONTANA RIVERS; and GALLATIN WILDLIFE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>BIG SKY WATER AND SEWER DISTRICT; BOYNE RESORTS,<br><br>Defendants. | CV 20-28-BU-BMM-JTJ<br><br>**ORDER** |

Defendant Boyne USA, Inc. (Boyne) has moved for an order allowing a representative from Berkley Insurance Company to attend the settlement conference scheduled for August 2, 2022, via telephone or video conference. (Doc. 188). Plaintiffs oppose the motion.

IT IS HEREBY ORDERED:

Boyne's Motion to have its Liability Insurer Attend the August 2, 2022, Settlement Conference by Remote Means (Doc. 188) is GRANTED.

DATED this 29th day of July, 2022.

John Johnston
United States Magistrate Judge