IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER,<br><br>*Plaintiff,*<br><br>vs.<br><br>BIG SKY WATER AND SEWER DISTRICT; BOYNE RESORTS,<br><br>*Defendants.* | Case No. 2:20-cv-00028-BMM<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ZACHARY GRIEFEN TO APPEAL REMOTELY AT THE AUGUST 28, 2025 MOTION HEARING |

The Court has considered Plaintiff's unopposed motion for its counsel Zachary Griefen to appear remotely at the scheduled hearing on August 28, 2025. Doc. Nos. 268, 281. The Court hereby grants the motion.

The Clerk shall provide Plaintiff's counsel Zachary Griefen with access to attend the scheduled hearing remotely.

DATED this 21st day of August, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ZACHARY GRIEFEN TO APPEAL REMOTELY AT THE AUGUST 28, 2025 MOTION HEARING - 2