IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER,<br><br>Plaintiff,<br><br>v.<br><br>BIG SKY WATER AND SEWER DISTRICT; BOYNE USA, INC.,<br><br>Defendants. | CV-20-28-BU-BMM<br><br>ORDER |

Defendant, Boyne USA, Inc. ("Boyne"), has filed a motion for partial summary judgment as to plaintiff, Cottonwood Environmental Law Center's ("Cottonwood") claim that Boyne's operations at the Big Sky Resort Golf Course constitutes a direct discharge of pollutants in violation of the Clean Water Act. (Doc. 250.) The Court set a hearing on the motion. (Doc. 268.) Cottonwood responded on June 2, 2025, and now indicates it does not intend to pursue a direct discharge theory of liability. (Doc. 255.) The Court will accordingly grant Boyne's motion for partial summary judgment.

**ORDER**

1

Accordingly, **IT IS HEREBY ORDERED** Boyne's Motion for Partial Summary Judgment is **GRANTED** (Doc. 248). Cottonwood's claim of direct discharge is hereby **DISMISSED** with prejudice.

DATED this 28th day of August, 2025.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Court