IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

**NOV 20 2025**

Clerk, U.S. Courts
District of Montana
Helena Division

COTTONWOOD
ENVIRONMENTAL LAW
CENTER,

     *Plaintiff,*

vs.

BOYNE USA, INC.,

     *Defendant.*

Case No. 2:20-cv-00028-BMM

**SPECIAL VERDICT FORM**

We, the jury in the above captioned action, find the following Special Verdict on the question submitted to us:

Plaintiff Cottonwood Environmental Law Center ("Cottonwood") claims that Boyne USA, Inc. ("Boyne") violated the Federal Clean Water Act ("CWA") by discharging pollutants into the West Fork of the Gallatin River without a CWA permit. To prove its claim, Cottonwood must prove, by a preponderance of the evidence, that Boyne:

(1)    discharged (i.e., added)

(2)    a pollutant

(3)    to navigable waters

(4)    from a point source.

Do you find that Cottonwood proved all of these elements?

Yes _____     No __X__

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous decision. The Jury Foreperson should then sign and date the verdict form in the spaces below and notify the bailiff or clerk that you have reached a verdict. The Jury Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

By: _____

Jury Foreperson

Dated: __11/20/2025__