UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| Cottowood Environment Law Center,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Boyne Resorts,<br><br>　　　　　　　Defendant. | Case No. CV-20-28-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

☒　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that the verdict of the jury, as read in open court on 11/20/2025, is hereby entered as the judgment of the Court.

　　Dated this 20th day of November, 2025

　　　　　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　　　　By:　/s/ Heidi Gauthier
　　　　　　　　　　　　Deputy Clerk